## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE, | : CIVIL ACTION NO. _____ |
| Plaintiff, | : |
| VERSUS | : JUDGE _____ |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE, | : MAGISTRATE JUDGE _____ |
| Defendant | |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and A&M College ("**the Board**"), which hereby gives notice of the removal of this civil action from the Nineteenth Judicial District Court of the State of Louisiana, Parish of East Baton Rouge, to the United States District Court for the Middle District of Louisiana pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1441, *et seq*. on the basis of federal question jurisdiction.

In further support of this Notice of Removal, Defendant states as follows:

1.

On December 30, 2025, plaintiff, John Doe, filed a Verified Petition for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction in the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, under the caption "John Doe v. Board of Supervisors of Louisiana State University and A&M College," bearing docket number C-772382, section 26 ("**State Court Action**"). A copy of the plaintiff's original Petition is attached hereto as **Exhibit A**.

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

2.

The plaintiff is a student on an athletic scholarship at Louisiana State University who alleges in his Petition for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction that disciplinary proceedings conducted by the LSU Office of Civil Rights and Title IX violated his substantive due process rights under the federal and state constitutions and deprived him of his constitutionally protected liberty and property interests.[1]

3.

The plaintiff specifically alleges that the Board's subjection of him to the administrative and appeal procedures set forth in Permanent Memorandum 73 "immediately and irreparably deny [his] rights under the United States and Louisiana Constitution."[2] The plaintiff further alleges that if the Board is not enjoined from imposing sanctions or discipline of any kind, he will suffer "immediate and irreparable harm, damage, injury and violation of his clearly established Constitutional rights under the United States Constitution, Amendments V and XIV, and the Louisiana Constitution . . . ."[3]

4.

This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) based upon the allegations made by the plaintiff in his original Petition, which arise under the Fifth and Fourteenth Amendments of the United States Constitution and clearly establish federal question jurisdiction.[4] Accordingly, removal is proper pursuant to 28 U.S.C. § 1441.

---

[1] *See e.g.*, Exhibit A, Petition and attachments, ¶¶ 22, 23, 27, 31, 32.
[2] *Id*. at ¶ 35
[3] *Id*. at ¶ 32.
[4] *Id*. at ¶¶ 32, 41.

5.

In addition to the referenced claims over which this Court maintains original jurisdiction, pursuant to 28 U.S.C. § 1367(a), this Court maintains supplemental jurisdiction over the state law claims, as they are so related to the claims within this Court's original jurisdiction that they form part of the same case or controversy.

**REMOVAL IS TIMELY**

6.

The Board was served with the plaintiff's Verified Petition for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction on January 8, 2026.

7.

This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it was filed within 30 days of service of the plaintiff's Petition on the Board.

**VENUE**

8.

Pursuant to 28 U.S.C. § 1441(a), venue of the removed action is appropriate in this federal forum, as the United States District Court for the Middle District of Louisiana is the judicial district within which the State Court Action is currently pending.

**ADDITIONAL REQUIREMENTS**

9.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon the Board in the State Court Action are attached to this Notice of Removal as **Exhibit A**.

10.

In accordance with the requirements of 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, the Board is providing the clerk of court of the 19th Judicial

District Court, Parish of East Baton Rouge, State of Louisiana with written notice of removal, a copy of which is attached hereto as **Exhibit B**.

11.

In addition, contemporaneous with the filing of this Notice of Removal, the Board is providing written notice of removal to all adverse parties. *See* Exhibit B.

12.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court and the filing of same with the state court serves immediately to confer upon this Court exclusive jurisdiction over this action and simultaneously to divest the state court of jurisdiction with respect to this action.

13.

Based upon the foregoing, this Court has jurisdiction over this action based on federal question pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1441, *et seq*.

**WHEREFORE**, Defendant, the Board of Supervisors of Louisiana State University and A&M College, prays that this Notice of Removal be accepted by this Honorable Court as good and sufficient as required by law, that the aforesaid action, "John Doe v. Board of Supervisors of Louisiana State University and A&M College," bearing docket no. C-772382, section 26, be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

      Respectfully submitted,

      TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/ Thomas R. Peak**
   Thomas R. Peak, Bar #14300
   Robert W. Barton, Bar #22936
   Hannah C. Catchings, Bar #39139
   450 Laurel Street, 8th Floor (70801)
   P.O. Box 2471
   Baton Rouge, LA 70821-2471
   Telephone: (225) 387-3221
   Facsimile:  (225) 346-8049
   Email: tom.peak@taylorporter.com
         bob.barton@taylorporter.com
         hannah.catchings@taylorporter.com

*Attorneys for Defendant, Board of Supervisors of Louisiana State University and A&M College*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2026, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/EFC System.  Notice of filing will be sent by operation of the Court's electronic filing system to all counsel of record and via electronic mail as follows:

Philip House
Balfour Emonet Law Firm
318 St. Charles Street
Baton Rouge, LA 70802
Email: philip@balfouremonetlaw.com

      /s/ Thomas R. Peak
      Thomas R. Peak