## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | : **NO. 3:26-CV-00035-SDD-SDJ** |
| | : |
| **VERSUS** | : **JUDGE SHELLY D. DICK** |
| | : |
| **BOARD OF SUPERVISORS OF** | : **MAG. JUDGE SCOTT D. JOHNSON** |
| **LOUISIANA STATE UNIVERSITY AND** | : |
| **A&M COLLEGE** | : |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Board of Supervisors of Louisiana State University and A&M College, who seeks an extension of time to file responsive pleadings to the Original Complaint filed by Plaintiff, John Doe. Defendant seeks an extension of time in which to answer or otherwise plead in response to the Original Complaint of thirty (30) days, until March 2, 2026.

Defendants were served on or about January 8, 2026. Thus, the current deadline for filing responsive pleadings is January 29, 2026. Pursuant to Local Rule 7.9, undersigned counsel and counsel for the Plaintiff agreed to extend the deadline to file responsive pleadings for 30 days, until March 2, 2026. No previous extensions have been granted, nor has the Plaintiff filed any objection to such an extension of time in the record.

**WHEREFORE**, Board of Supervisors of Louisiana State University and A&M College, prays that this Court would grant their Consent Motion for Extension of Time to File Responsive Pleadings, thereby extending the deadline for the filing of Defendant's responsive pleadings until March 2, 2026.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.


By: **/s/ Thomas R. Peak**
    Hannah C. Catchings, Bar #39139
    Thomas R. Peak, Bar #14300
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone: (225) 387-3221
    Facsimile:  (225) 346-8049
    Email: hannah.catchings@taylorporter.com
          tom.peak@taylorporter.com

    ***Attorneys for Defendant***


## LOCAL RULE 7.9 CERTIFICATE

Undersigned counsel for Defendants certifies that he has contacted Philip House, counsel for the Plaintiff, John Doe, to request an extension of time to file responsive pleadings. Counsel for the Plaintiff consented to the motion and has issued no objections.

        */s/ Thomas R. Peak*
        THOMAS R. PEAK


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been electronically filed using the Court's CM-ECF system, which will send notice to all counsel of record.

Baton Rouge, Louisiana, this 29th day of January, 2026.


        */s/ Thomas R. Peak*
        Thomas R. Peak

10156471.v1