**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JOHN DOE

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE

CIVIL ACTION

NO. 26-35-SDD-SDJ

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the foregoing matter be referred to a UNITED

STATES MAGISTRATE JUDGE for the conduct of all further proceedings and the entry

of judgment in accordance with 28 USC 636(c) and the foregoing consent of the parties.

Signed in Baton Rouge, Louisiana on _____ April 27, 2026 _____.


_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**